IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

---

No. 99-41204

Summary Calendar

---

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

LUIS ALANIZ-CRUZ,

Defendant-Appellant.

---

Appeal from the United States District Court
For the Southern District of Texas
USDC No. B-99-CR-162-1

---

September 6, 2000

Before HIGGINBOTHAM, WIENER, and BARKSDALE, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender for the Southern District of Texas has moved for leave to withdraw as court-appointed counsel for Luis Alaniz-Cruz and filed the brief required by *Anders v. California*, 386 U.S. 738, 744 (1967). Alaniz-Cruz has filed a brief in response opposing the motion.

---

[*]Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Our review of the briefs and our independent review of the record disclose no nonfrivolous issue for appeal.  Accordingly, the motion to withdraw is GRANTED and the APPEAL IS DISMISSED.

MOTION TO WITHDRAW GRANTED; APPEAL DISMISSED.